# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00273-CV

**Sally Schultz Blair, Appellant**

**v.**

**Duane Blair, Appellee**

### FROM THE 452ND DISTRICT COURT OF MCCULLOCH COUNTY
### NO. 2018128, THE HONORABLE ROBERT R. HOFMANN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on September 23, 2019.  On October 11, 2019, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by October 21, 2019, would result in the dismissal of this appeal for want of prosecution.  To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed for Want of Prosecution

Filed:   December 19, 2019